No. 95–8388. SLADE v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 95–8390. CHAMBERLIN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–8408. DALE v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN LUIS OBISPO, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–8409. DYMITS v. CENTER FOR INDEPENDENCE OF THE DISABLED ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–8410. FRANCIS v. DEPARTMENT OF COMMERCE ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8412. ADAMS v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 95–8414. POPKE ET AL. v. OHIO DEPARTMENT OF REHABILITATION AND CORRECTION ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–8417. MCQUEEN v. MATA ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8418. MCQUEEN v. TURNER ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8420. MOOMCHI v. UNIVERSITY OF NEW MEXICO ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8423. JOHNSON v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–8425. JANNEH v. THE REGENCY ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–8426. LOCKE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8427. JOHNSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.